# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CHRISTOPHER WILLIAMS, et. al.,** *Plaintiffs,* | **CIVIL ACTION** |
| v. | No. 19-35 |
| **MATTHEW T. MEYJES, et. al.,** *Defendants.* | |

## ORDER

**AND NOW**, this **4th** day of **March 2019**, upon consideration of Plaintiffs' Motion to Remand to the Court of Common Pleas of Northampton County Pursuant to 28 U.S.C. § 1447(c) (ECF No. 41), Defendant, John Floyd-Jones', Response (ECF No. 47), Defendant, Scott McAvoy's, Response (ECF No. 48), Defendant, Chris Stach's, Response (ECF No. 49), and the remaining Defendants' Joint Response (ECF No. 50) and in accordance with the Court's accompanying Memorandum, it is hereby **ORDERED** and **DECREED** that Plaintiffs' Motion to Remand (ECF No. 41) is **GRANTED**. This matter shall be **REMANDED** to the Court of Common Pleas of Northampton County.

**BY THE COURT:**

_____
**CHAD F. KENNEY, JUDGE**